**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 01-11361**

_____

**In the Matter of: CANDACE JOHNSTON,**

**Debtor.**

**UNITED STATES OF AMERICA**

**Appellee,**

**versus**

**CANDACE JOHNSTON,**

**Appellant.**

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(4:00-CV-397-Y)**

September 17, 2002

Before REAVLEY, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Having heard oral argument, and reviewed the briefs and pertinent parts of the record, the judgment is affirmed for essentially the reasons stated by the district court.

***AFFIRMED***

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.